**Affirmed and Memorandum Opinion filed January 5, 2023.**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00533-CV

## IN THE INTEREST OF A.L.T. A/K/A A.T., CHILD

**On Appeal from the 315th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-04475JA**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a final decree terminating the parental rights of T.T. (mother) and K.M. (father) to A.L.T. a/k/a A.T., child. Both T.T. and K.M filed notices of appeal, and the trial court appointed each of them an attorney to prosecute their respective appeals.

Each of the court-appointed appellate attorneys has filed a brief meeting the requirements of *Anders v. California*, 386 U.S. 738 (1967), presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807, 811-13 (Tex. Crim.

App. 1978). The *Anders* procedures apply to an appeal from the termination of parental rights when an appointed attorney concludes there are no non-frivolous issues to assert on appeal. *In re D.E.S.*, 135 S.W.3d 326, 329 (Tex. App.—Houston [14th Dist.] 2004, no pet.).

Both appellants were notified of their right to file a pro se response to their lawyer's *Anders* brief. *See Stafford v. State*, 813 S.W.2d 503, 510 (Tex. Crim. App. 1991); *In re D.E.S.*, 135 S.W.3d at 329-30. T.T. filed a letter in response. K.M. did not file a response. The Department of Family and Protective Services has waived its right to respond.

We have carefully reviewed the record, counsels' briefs, and T.T.'s response, and we agree with counsel that the appeal is wholly frivolous and without merit. We find no reversible error in the record. A discussion of the briefs and response would add nothing to the jurisprudence of the state.

We affirm the trial court's judgment.

PER CURIAM


Panel consists of Chief Justice Christopher and Justices Bourliot and Wilson.